UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHELLE C., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:23-CV-00230-MSM-PAS |
| MARTIN O'MALLEY, Commissioner of the Social Security Administration, | ) |
| Defendant | ) |

ORDER

Mary S. McElroy, United States District Judge.

On May 17, 2024, Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R"), (ECF No. 15), which recommended that the Court deny the Plaintiff's Motion to Reverse the Decision of the Commissioner ("Motion to Reverse"), (ECF No. 10) and grant the Defendant's Motion to Affirm the Decision of the Commissioner. (ECF No. 12).

After having carefully reviewed the relevant papers and having heard no objections the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set for therein. Accordingly, Plaintiff's Motion to Reverse (ECF No. 10) is DENIED, Defendant's Motion to Affirm (ECF No. 12) is GRANTED.

1

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

June 4, 2024